UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MEGACORP LINES LLC, et al.,<br><br>       Defendants. | Case No. 15-CV-05178-LHK<br><br>**ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

Upon review of the parties' January 20, 2016 Joint Status Report, the Court hereby ORDERS Plaintiff to file a first amended complaint by February 10, 2016. The initial case management conference, currently set for February 10, 2016, is hereby CONTINUED to March 16, 2016. The parties shall file a Joint Case Management Statement by March 9, 2016.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-05178-LHK
ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE