UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEGACORP LOGISTICS LLC, et al.,<br><br>Defendants. | Case No. 15-CV-05178-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Joshua Southwick
Defendant Megacorp's Attorney:  Frank Dipolito
Defendant RLG & RLC's Attorney:  Ronald Bushner

An initial case management conference was held on March 16, 2016. A further case management conference is set for June 29, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 22, 2016.

At the case management conference, the Court made the following rulings on the record:

**MEDIATION AND SETTLEMENT**
The parties shall agree upon a mediator by March 30, 2016, and, by April 6, 2016, shall agree upon a mediation date.

**DISCOVERY**
The parties shall exchange initial disclosures and produce documents by March 25, 2016.

1

Case No. 15-CV-05178-LHK
CASE MANAGEMENT ORDER

**SCHEDULING**

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Exchange Initial Disclosures and Produce Documents | March 25, 2016 |
| Deadline to Agree Upon a Mediator | March 30, 2016 |
| Deadline to Schedule Mediation | April 6, 2016 |
| Last Day to Amend the Pleadings/Add Parties | May 17, 2016 |
| Deadline to Complete Private Mediation | June 16, 2016 |
| Further Case Management Conference | June 29, 2016, at 2:00 p.m. |
| Close of Fact Discovery | December 7, 2016 |
| Opening Expert Reports | October 7, 2016 |
| Rebuttal Expert Reports | November 7, 2016 |
| Close of Expert Discovery | December 7, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 21, 2016 |
| Hearing on Dispositive Motions | February 9, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 23, 2017, at 1:30 p.m. |
| Bench Trial | April 10, 2017 |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated:  March 16, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05178-LHK
CASE MANAGEMENT ORDER